UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JESSE JAMES FRANCIS** : <br> 2025 DEMBURY DRIVE : <br> DUNDALK, MD 21222 : <br>      Plaintiff : <br> : <br>     V.  : <br> : <br> **HEARST TELEVISION INC.** : <br> SERVE ON: THE CORPORATION TRUST : <br> INCORPORATED : <br> 2405 YORK ROAD SUITE 201             :Case No. 1:23-cv-1585 <br> LUTHERVILLE TIMONIUM, MD 21093, : <br> : <br>     AND : <br> : <br> **SINCLAIR BROADCAST GROUP, LLC** : <br> SERVE ON: THE CORPORATION TRUST : <br> INCORPORATED : <br> 2405 YORK ROAD SUITE 201 : <br> LUTHERVILLE TIMONIUM, MD 21093, : <br> : <br>     AND : <br> : <br> **CABLE NEWS NETWORK INC.** : <br> SERVE ON: THE CORPORATION TRUST : <br> INCORPORATED : <br> 2405 YORK ROAD SUITE 201 : <br> LUTHERVILLE TIMONIUM, MD 21093, : <br>      Defendants : | |

## **COMPLAINT**

Plaintiff, JESSE JAMES FRANCIS, for his cause of action against Defendants, Hearst Television Inc., Sinclair Broadcast Group, LLC, and Cable News Network, Inc., alleges the following:

## **PARTIES**

1. Plaintiff, Jesse James Francis, at all times relevant, is a citizen of Baltimore County, Maryland, with a residence at 2025 Dembury Drive, Dundalk, Maryland 21222.

2. Defendant, Hearst Television Inc., is a media company authorized, registered, and conducting business in the state of Maryland, with headquarters located at 300 West 57th Street, New York, New York 10019. Defendant's registered agent in the state of Maryland is The Corporation Trust Incorporated located at 2405 York Road, Suite 201, Lutherville Timonium, Maryland 21093.

3. Defendant, Sinclair Broadcast Group, LLC, is a media company authorized, registered, and conducting business in the state of Maryland, with headquarters located at 10706 Beaver Dam Road, Hunt Valley, Maryland 21030. Defendant's registered agent in the state of Maryland is The Corporation Trust Incorporated located at 2405 York Road, Suite 201, Lutherville Timonium, Maryland 21093.

4. Defendant, Cable News Network, is a media company authorized, registered, and conducting business in the state of Maryland, with headquarters located at One CNN Center, Atlanta, Georgia 30303. Defendant's registered agent in the state of Maryland is The Corporation Trust Incorporated located at 2405 York Road, Suite 201, Lutherville Timonium, Maryland 21093.

## JURISDICTION AND VENUE

5. Plaintiff brings his Complaint pursuant to 28 U.S.C. §1332. This Court has supplemental jurisdiction over the Plaintiff's state law claims pursuant to 28 U.S.C. §1367.

6. Venue is proper under 18 U.S.C. §1391.

## FACTS

7. Madison Vitale ("Vitale") and Plaintiff, Jesse Francis, were classmates at the University of Baltimore.

8. On or about October 8, 2022, Vitale filed criminal charges against Plaintiff, alleging,

2

among other things, that he threatened her with a handgun, as well as harassed her.

9. Vitale also began to make a series of social media videos, accusing, Plaintiff of threatening to commit a mass shooting on campus, among other conduct.

10. On or about October 17, 2022, WBAL-TV 11 Baltimore posted to its YouTube channel a story entitled "Student's TikTok Video Questions Safety at University of Baltimore," in which Vitale was interviewed by Barry Simms regarding her allegations against the Plaintiff.

11. WBAL-TV 11 Baltimore, as of the time of this filing, has 91,700 subscribers.

12. The aforementioned video, as of the time of this filing, has 846 views.

13. The aforementioned story was also ran on or around the same time on local television news.

14. WBAL-TV 11 Baltimore is owned and operated by Defendant Hearst Television, Inc.

15. At no time did any member of WBAL-TV Baltimore contact Plaintiff prior to, or following, Vitale's interview.

16. One year prior to this incident, WBAL-TV Baltimore did a series of interviews with Plaintiff, as well as provided him a service animal, for his service to the United States' armed forces.

17. On or around October 18, 2022, WBFF Fox 45 Baltimore posted to its YouTube channel a story entitled "In Viral TikTok, UB Student Says School Failed Her After Armed Classmate Stalked Her", in which Vitale was interviewed over the phone.

18. WBFF Fox 45 Baltimore, as of the time of this filing has 42, 500 subscribers.

19. The aforementioned video, as of the time of this filing, has 496 views.

20. The aforementioned story was also ran on and around the same time on local television

news.

21. WBFF Fox 45 Baltimore is owned and operated by Defendant Sinclair Broadcast Group.

22. At no time did any member of WBFF Fox 45 Baltimore contact Plaintiff prior to, or following, Vitale's interview.

23. On or about October 25, 2022, Defendant Cable News Network interviewed Vitale on one of their national evening news reports.

24. Cable News Network also posted the interview on its YouTube channel.

25. Cable News Network, as of the time of this filing, has 15.1 million subscribers.

26. The aforementioned video received multiple views.

27. On or about October 22, 2022, Plaintiff, through his legal counsel, contacted Liam Reilly at Cable News Network, in response to his inquiry as to his side of the story.

28. At no time did any member of Cable News Network, including Liam Reilly, contact Plaintiff prior to, or following, Vitale's interview.

29. At no time did Plaintiff ever stalk Vitale, threaten her or the larger student body with a handgun, nor did he threaten her person in any other manner.

30. Plaintiff, at all times prior to the media coverage of Vitale's allegations, enjoyed a public reputation as a highly decorated and rewarded military veteran, having served his country in both Iraq and Afghanistan.

31. Plaintiff also planned to attend Yale law school and enter the legal profession following the completion of his undergraduate degree.

32. A simple Google search revealed that Vitale recently changed her name, had active social media accounts under a different name, and admitted to suffering from mental illness, which at times went untreated.

33. On March 27, 2023, the State's Attorney Office for Baltimore City entered all of the charges relating to conduct against Vitale nolle prosqui.

34. On March 27, 2023, a Baltimore City Judge dismissed all of the handgun charges against Plaintiff after a hearing.

35. At no time did WBAL-TV 11 Baltimore, WBFF Fox 45 Baltimore, or Cable News Network retract the story, contact Plaintiff for his position, or update the story once the criminal charges were dismissed in Plaintiff's favor.

36. At no time did WBAL-TV 11 Baltimore, WBFF Fox 45 Baltimore, or Cable News Network research Vitale or the veracity of her statements prior to reporting on them.

37. While it appears that Cable News Network has removed the story, both WBAL-TV 11 Baltimore and WBFF Fox 45 Baltimore have not removed the story from its YouTube channel.

38. As a result of these allegations, Plaintiff's reputation was damaged and both he and his family received threats of violence.

39. Plaintiff also suffered, and continues to suffer, emotional pain and mental anguish.

40. Even after the resolution of the criminal matter, Plaintiff continues to suffer anxiety at being labeled a misogynist and abusive man.

## COUNT I: DEFAMATION

41. Plaintiff incorporates by reference paragraphs 1-39 as if fully set forth under this Count and further alleges:

42. In October 2022, Defendants all posted stories to their YouTube channels, as well as ran stories on their television channels, accusing Plaintiff of threatening to commit a mass

shooting on campus, threatening Vitale with physical violence, as well as a handgun, and other conduct.

43. At no time did WBAL-TV 11 Baltimore, WBFF Fox 45 Baltimore, or Cable News Network research Vitale or the veracity of her statements prior to reporting on them.

44. At no time did WBAL-TV 11 Baltimore, WBFF Fox 45 Baltimore, or Cable News Network retract the story, contact Plaintiff for his position, or update the story once the criminal charges were dismissed in Plaintiff's favor.

45. At no time did Plaintiff ever stalk Vitale, threaten her or the larger student body with a handgun, nor did he threaten her person in any other manner.

46. Plaintiff's reputation was damaged and both he and his family received threats of violence.

47. As a result of the actions and omissions of the Defendant, and Defendant's agents, Plaintiff has suffered mental anguish, emotional distress, anxiety, and humiliation.

**WHEREFORE**, Plaintiff respectfully requests Judgment in his favor against Defendants, jointly and severally, for $25,000,000.00 in compensatory and punitive damages, plus costs, reasonable attorney's fees, and for such other relief that justice requires.

### COUNT II: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

48. Plaintiff incorporates by reference paragraphs 1-46 as if fully set forth under this Count and further alleges:

49. In October 2022, Defendants all posted stories to their YouTube channels, as well as ran stories on their television channels, accusing Plaintiff of threatening to commit a mass shooting on campus, threatening Vitale with physical violence, as well as a handgun, and other conduct.

50. At no time did WBAL-TV 11 Baltimore, WBFF Fox 45 Baltimore, or Cable News Network research Vitale or the veracity of her statements prior to reporting on them.

51. At no time did WBAL-TV 11 Baltimore, WBFF Fox 45 Baltimore, or Cable News Network retract the story, contact Plaintiff for his position, or update the story once the criminal charges were dismissed in Plaintiff's favor.

52. Defendants, and Defendants' agents, intended to make these statements.

53. Defendant, and Defendants' agents, made these statements for financial gain and at Plaintiff's expense.

54. At no time did Plaintiff ever stalk Vitale, threaten her or the larger student body with a handgun, nor did he threaten her person in any other manner.

55. As a result of these allegations, Plaintiff's reputation was damaged and both he and his family received threats of violence.

56. Plaintiff also suffered, and continues to suffer, emotional pain and mental anguish.

57. Even after the resolution of the criminal matter, Plaintiff continues to suffer anxiety at being labeled a misogynist and abusive man.

**WHEREFORE**, Plaintiff respectfully requests Judgment in his favor against Defendants, jointly and severally, for $25,000,000.00 in compensatory and punitive damages, plus costs, reasonable attorney's fees, and for such other relief that justice requires.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests Judgment in his favor against Defendants, jointly and severally, for $25,000, 000.00 in compensatory and punitive damages, plus costs, and reasonable attorney's fees, that all news stories and interviews of Vitale be removed from Defendants YouTube channels and any other place where they can be found, and for such other

relief that justice might require.

## JURY TRIAL PRAYER

Plaintiff requests Trial By Jury in this matter.

Respectfully Submitted,
*/s/ Andrea D. Smith, Esq.*
_____
Andrea D. Smith, Esq., BAR ID: 20532
The Law Office of Andrea D Smith LLC
9701 Apollo Drive Suite 100
Largo MD 20772
(301) 543-9685
andrea.smith@smithlawllc.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 12, 2023, a copy of the foregoing will be served via private process to:

Hearst Television Inc.
Serve On: The Corporation Trust Incorporated
2405 York Road Suite 201
Lutherville Timonium, Md 21093

Sinclair Broadcast Group, LLC
Serve On: The Corporation Trust Incorporated
2405 York Road Suite 201
Lutherville Timonium, Md 21093

Cable News Network Inc.
Serve On: The Corporation Trust Incorporated
2405 York Road Suite 201
Lutherville Timonium, Md 21093

*/s/ Andrea D. Smith, Esq.*
_____
Andrea D. Smith, Esq.