## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **JESSE JAMES FRANCIS,** | * | |
| | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Civil Case No. SAG-23-1585** |
| | * | |
| **HEARST TELEVISION INC., et al.** | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

This Court has reviewed the various pending motions to dismiss, ECF 22, 23, 24, the opposition, ECF 29, and the replies, ECF 30, 32, 33, that have been filed in this case. Plaintiff Jesse James Francis, a Maryland resident, has sued three media defendants for defamation and intentional infliction of emotional distress. ECF 21. One of those defendants, Sinclair Broadcast Group, LLC, is also a citizen of Maryland. ECF 7, ECF 22-1 (establishing that Sinclair is incorporated in and maintains a principal place of business in Maryland). Because diversity jurisdiction pursuant to 28 U.S.C. § 1332 requires complete diversity of citizenship between plaintiffs and defendants, this Court lacks subject matter jurisdiction to adjudicate Plaintiff's state law claims. It is therefore ORDERED that Defendants' Motions to Dismiss, ECF 22, 23, and 24, are GRANTED without prejudice pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject-matter jurisdiction. The Clerk is directed to CLOSE this case.

SO ORDERED this 13th day of October, 2023.

_____
/s/
Stephanie A. Gallagher
United States District Judge